SUPREME COURT OF ARIZONA

ARIZONA SCHOOL BOARDS            )   Arizona Supreme Court
ASSOCIATION, INC., et al.,       )   No. CV-21-0234-T/AP
                                 )
            Plaintiffs/Appellees, )  Court of Appeals
                                 )   Division One
            v.                   )   No. 1 CA-CV 21-0555
                                 )
STATE OF ARIZONA, a body politic, )  Maricopa County
                                 )   Superior Court
            Defendant/Appellant. )   No. CV2021-012741
                                 )
_____)   **FILED 11/02/2021**


**O R D E R**

        While the Court does not adopt the trial court's reasoning in its entirety,

        **IT IS ORDERED** unanimously affirming the trial court's judgment.

        An opinion will issue in due course.

        DATED this 2nd day of November, 2021.


                            _____/s/_____
                            ROBERT BRUTINEL
                            Chief Justice

TO:

Roopali H Desai
D Andrew Gaona
Kristen M Yost
Daniel J Adelman
Patrick Irvine
Joseph A Kanefield
Brunn W Roysden III
Michael S Catlett
John C Richardson
Paul F Eckstein
Austin Yost
Michael G Rankin
Bruce E Samuels
Jennifer Lee-Cota
Samara Spence
Jeffrey Dubner
Mary R O'Grady
Lynne C Adams
Joshua David Rothenberg Bendor
Shannon Mataele
Kory A Langhofer
Thomas J Basile
Rhonda L Barnes
Jane Ahern
Lisette Flores
Brett William Johnson
Ian R Joyce
Robert Sherman Ross Jr.
Hon. Katherine M Cooper
Hon. Jeff Fine
Amy Wood
sr